```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 14726
  JOSE CHAVEZ-GALLO
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-9011


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/15/07 .

     2.  The case was dismissed without confirmation, 10/05/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------

       Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00          .00
PRINCIPAL PAID          .00          .00          .00          .00          .00
INTEREST PAID           .00          .00          .00          .00          .00
TOTAL PAID              .00          .00          .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 01/14/08               /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
CASE NO. 07 B 14726 JOSE CHAVEZ-GALLO
```